# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ALLEGIANCE HEALTH                                                                            PLAINTIFF
MANAGEMENT, INC.

v.                                            No. 3:12CV00139 JLH

CITY OF POCAHONTAS, ARKANSAS                                                      DEFENDANT

## ORDER

The City of Pocahontas, Arkansas, filed a motion to compel on September 13, 2013. Allegiance Health Management, Inc., responded by saying that it has since provided information that was subject to the motion to compel. The motion to compel is therefore denied as moot. Document #37.

IT IS SO ORDERED this 30th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE