# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| ALLEGIANCE HEALTH MANAGEMENT, INC. | PLAINTIFF |
| v.  NO. 3:12CV00139 JLH | |
| CITY OF POCAHONTAS, ARKANSAS | DEFENDANT |

## ORDER

The amended final scheduling order set this matter for bench trial sometime during the week of October 21, 2013, in Jonesboro, Arkansas. The Court has determined that the bench trial will begin at **9:15 a.m. on MONDAY, OCTOBER 21, 2013**, in Courtroom #324, E.C. "Took" Gathings Federal Courthouse, 615 South Main Street, in Jonesboro, Arkansas. Counsel should be present by 8:30 a.m.

IT IS SO ORDERED this 1st day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE